**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**RANDALL MCBRIDE**<br><br>Defendant. | CR. No. 1:14-cr-233 AWI/BAM |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum          ☐ Ad Testificandum

Name of Detainee:  Randall McBride

Detained at  Wasco State Prison

Detainee is:  a.)  ☒ charged in this district by:  ☒ Indictment  ☐ Information  ☐ Complaint
charging detainee with:  18/922(g)(1)-Felon in Possession of a Firearm

or  b.)  ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)  ☒ return to the custody of detaining facility upon termination of proceedings
or  b.)  ☐ be retained in federal custody until final disposition of federal charges, as a sentence
is currently being served at the detaining facility

***Appearance is necessary FORTHWITH in the Eastern District of California.***

Signature:  /s/ Kimberly A. Sanchez
Printed Name & Phone No:  KIMBERLY A. SANCHEZ; 559/497-4000
Attorney of Record for:  United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum          ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service
for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be
had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated:  March 3, 2016          /s/ Barbara A. McAuliffe
Honorable Barbara A. McAuliffe
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if | | ☒Male  ☐Female |
| Booking or CDC #:  A72170 | | DOB: |
| Facility Address:  701 Scofield Avenue, Wasco, CA | | Race: |
| Facility Phone: | | FBI#: |
| Currently | | |

## RETURN OF SERVICE

Executed on:

(signature)