**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    Plaintiff,<br><br>    v.<br><br>**RANDALL MCBRIDE**<br><br>    Defendant. | CR. No. 1:14-cr-233 AWI/BAM |

**Amended APPLICATION FOR WRIT OF HABEAS CORPUS**

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum        ☐ Ad Testificandum

Name of Detainee:  Randall McBride
Detained at:  Wasco State Prison
Detainee is:    a.)  ☒ charged in this district by:  ☒ Indictment  ☐ Information  ☐ Complaint
                        charging detainee with:  18/922(g)(1)-Felon in Possession of a Firearm
        or  b.)  ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)  ☒ return to the custody of detaining facility upon termination of proceedings
        or  b.)  ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature:  /s/ Kimberly A. Sanchez
Printed Name & Phone No:  KIMBERLY A. SANCHEZ; 559/497-4000
Attorney of Record for:  United States of America

**WRIT OF HABEAS CORPUS**
☒ Ad Prosequendum        ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated:  March 8, 2016            /s/ Barbara A. McAuliffe
                    Honorable Barbara A. McAuliffe
                    U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒Male  ☐Female | |
| Booking or CDC #: | AZ2170 | DOB: | |
| Facility Address: | 701 Scofield Avenue, Wasco, CA | Race: | |
| Facility Phone: | | FBI#: | |
| Currently | | | |

**RETURN OF SERVICE**

Executed on: _____    _____
                        (signature)