**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
RANDALL MCBRIDE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 14-CR-00233 DAD-BAM |
| Plaintiff, | ) **STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | ) |
| RANDALL MCBRIDE, | ) |
| Defendant | ) |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE BARBARA MACAULIFFE AND KIMBERLY SANCHEZ, ASSISTANT UNITED STATES ATTORNEY:

  **COMES NOW** Defendant, RANDALL MCBRIDE, by and through his attorney of record, DAVID A. TORRES hereby requesting that the Status Conference currently set for Monday, April 25, 2016 be continued to Monday, June 27, 2016.

  Counsel for defense received discovery and the plea agreement on Wednesday, April 20, 2016.  We are requesting a sixty day continuance to allow counsel an opportunity to review the discovery, investigate and consider the plea offer.  I have spoken to AUSA Kimberly Sanchez, and she has no objection to vacating the Status Conference and setting a change of plea hearing.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

//

//

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: 4/20/16   */s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
RANDALL MCBRIDE

DATED: 4/20/16   */s/Kimberly Sanchez*
KIMBERLY SANCHEZ
Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED** that the 1st Status Conference hearing be continued from April 25, 2016 to June 27, 2016 at 1:00 PM before Judge McAuliffe. Time is excluded pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

IT IS SO ORDERED.

Dated:   **April 21, 2016**       /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE