PHILLIP A. TALBERT
United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:14-CR-00233-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | |
| RANDALL THOMAS MCBRIDE | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney and Robert L. Veneman-Hughes, Assistant U.S. Attorney and and Richard Beshwate, attorney for defendant Randall McBRIDE, that the status conference set for June 26, 2024 at 1:00 pm before the Honorable Barbara A. McAuliffe be continued to September 25, 2024 at 1:00 p.m.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. This case is related to a new law violation prosecuted under 1:24-CR-00061-NODJ-BAM, and is trailing that case.

2. That lead case is being reset to September 25, 2024 by stipulation of the parties.

3. By this stipulation, defendant now moves to continue the status conference, and to exclude time from June 26, 2024 to September 25, 2024.

4. No exclusion of time is necessary because the matter concerns a supervised release violation.

Stipulation                                                1

Dated: June 17, 2024                              Respectfully submitted,

                                                         PHILLIP A. TALBERT
                                                       United States Attorney

                                            By    /s/ Robert L. Veneman-Hughes
                                                   ROBERT L. VENEMAN-HUGHES
                                                   Assistant United States Attorney

Dated: June 17, 2024                              /s/ Richard Beshwate
                                                       RICHARD BESHWATE
                                                       Attorney for Defendant Randall McBRIDE

## **ORDER**

IT IS SO ORDERED that the status conference is continued from June 26, 2024, to **September 25, 2024, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**.

IT IS SO ORDERED.

Dated:   **June 17, 2024**                         /s/ *Barbara A. McAuliffe*
                                                          UNITED STATES MAGISTRATE JUDGE