PHILLIP A. TALBERT
United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:14-CR-00233-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER |
| v. | |
| RANDALL THOMAS MCBRIDE | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney and Robert L. Veneman-Hughes, Assistant U.S. Attorney and and Richard Beshwate, attorney for defendant Randall McBRIDE, that the status conference set for September 25, 2024 at 1:00 pm before the Honorable Barbara A. McAuliffe be continued to January 22, 2025 at 1:00 p.m.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.  This case is related to a new law violation prosecuted under 1:24-CR-00061-NODJ-BAM, and is trailing that case.

2.  That lead case is being reset to January 22, 2025 by stipulation of the parties.

3.  By this stipulation, defendant now moves to continue the status conference, and to exclude time from September 25, 2024 to January 22, 2025.

4.  No exclusion of time is necessary because the matter concerns a supervised release violation.

Stipulation                                       1

Dated: September 20, 2024                    Respectfully submitted,

                                             PHILLIP A. TALBERT
                                             United States Attorney


                                    By    /s/ Robert L. Veneman-Hughes
                                          ROBERT L. VENEMAN-HUGHES
                                          Assistant United States Attorney

Dated: September 20, 2024                 /s/ Richard Beshwate
                                          RICHARD BESHWATE
                                          Attorney for Defendant Randall McBRIDE

## **ORDER**

IT IS SO ORDERED that the status conference is continued from September 25, 2024, to **January 22, 2025, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**.

IT IS SO ORDERED.

Dated:   **September 20, 2024**              /s/ Barbara A. McAuliffe
                                             UNITED STATES MAGISTRATE JUDGE

Stipulation                                  2