MICHELE BECKWITH
Attorney United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:14-CR-00233-NODJ-BAM |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER |
| v. | |
| RANDALL THOMAS MCBRIDE | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Michele Beckwith, Acting United States Attorney and Robert L. Veneman-Hughes, Assistant U.S. Attorney and and Richard Beshwate, attorney for defendant Randall McBRIDE, that the status conference set for January 22, 2025 at 1:00 pm before the Honorable Barbara A. McAuliffe be continued to May 14, 2025 at 1:00 p.m.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. This case is related to a new law violation prosecuted under 1:24-CR-00061-NODJ-BAM, and is trailing that case.

2. That lead case is being reset to May 14, 2025 by stipulation of the parties.

3. By this stipulation, defendant now moves to continue the status conference, and to exclude time from January 22, 2024 to May 14, 2025.

4. No exclusion of time is necessary because the matter concerns a supervised release violation.

Stipulation                                                                 1

Dated: January 15, 2025                     Respectfully submitted,

                                                                             PHILLIP A. TALBERT
                                                                             United States Attorney

                                                 By   /s/ Robert L. Veneman-Hughes
                                                                ROBERT L. VENEMAN-HUGHES
                                                               Assistant United States Attorney

Dated: January 15, 2025                     /s/ Richard Beshwate
                                                               RICHARD BESHWATE
                                                               Attorney for Defendant Randall McBRIDE

## **ORDER**

IT IS SO ORDERED that the status conference is continued from January 22, 2025, to **May 14, 2025, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**.

IT IS SO ORDERED.

Dated:   **January 16, 2025**               /s/ Barbara A. McAuliffe
                                                               UNITED STATES MAGISTRATE JUDGE