| | |
|---|---|
| 1 | ERIC GRANT |
|   | United States Attorney |
| 2 | ROBERT L. VENEMAN-HUGHES |
|   | Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401 |
|   | Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000 |
|   | Facsimile: (559) 497-4099 |
| 5 | Attorneys for Plaintiff |
|   | United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00061-JAM-BAM |
|---|---|
| Plaintiff, | 1:14-CR-00233-JAM-BAM (TSR) |
| v. | **STIPULATION AND ORDER TO SET CHANGE OF PLEA AND ADMIT/DENY HEARINGS** |
| RANDALL THOMAS MCBRIDE | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties, that the trial confirmation set for September 9, 2025 before the Honorable John A. Mendez be vacated and a change of plea be set for October 21, 2025.

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. The parties have reached a resolution and filed a plea agreement.

2. By this stipulation, defendant now moves to set the change of plea on October 21, 2025, and to exclude time until that date. Time was previously excluded through October 20, 2025.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The parties are have reached a plea, and October 21 is the earliest convenient date where defense counsel and the court are available. Defendant desires to have his counsel with him at change of plea.

   b) The government does not object to the continuance.

Stipulation and Order                               1

c) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

d) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of <u>October 20, 2025</u> to <u>October 21, 2025</u>, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and (h)(7)(B)(iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

5. Defendant's trailing TSR matter, 1:14-cr-233, should be set for admission on the same date.

Dated: August 27, 2025               Respectfully submitted,

                                     ERIC GRANT
                                     United States Attorney

                                By   /s/ Robert L. Veneman-Hughes
                                     ROBERT L. VENEMAN-HUGHES
                                     Assistant United States Attorney

Dated: August 27, 2025               /s/ Richard Beshwate
                                     RICHARD BESHWATE
                                     Attorney for Defendant Randall McBRIDE

## ORDER

IT IS SO ORDERED that the dates be set and time be excluded as set forth above.

August 28, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE